# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.K. JAMISON, M.G. MILLER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**NICHOLAS A. WITTE**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201300414**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 27 June 2013.
**Military Judge**: LtCol Brandon Bolling, USMCR.
**Convening Authority**: Commanding Officer, Marine Aviation Logistics Squadron 11, MAG 11, 3d MAW, Marine Corps Air Station Miramar, San Diego, CA.
**Staff Judge Advocate's Recommendation**: LtCol K.C. Harris, USMC.
**For Appellant**: LT Jared A. Hernandez, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**27 March 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court